# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Paducah Division**

| | |
|---|---|
| Craig Rogers<br>*Plaintiff*<br><br>v.<br><br>Ally Financial Inc.<br>*Defendant* | Case No.   5:16-cv-00080-GNS |

## ORDER DISMISSING CASE WITH PREJUDICE

The parties having advised the court of settlement of their dispute in this case as evidenced by the signatures of counsel for the Plaintiff, Craig Rogers, and Defendant, Ally Financial Inc., and having jointly stipulated that this case be dismissed with prejudice as to all claims, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Craig Rogers's claims against Defendant Ally Financial, Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees pursuant to the terms of the settlement agreement.

**Greg N. Stivers, Judge**
**United States District Court**

January 19, 2017

30057471